**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 16-6392**

———————

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

     v.

CORY MCKENSTRY,

                Defendant - Appellant.

———————

Appeal from the United States District Court for the District of Maryland, at Baltimore. Catherine C. Blake, Chief District Judge. (1:05-cr-00281-JFM-1)

———————

Submitted: July 21, 2016           Decided: July 22, 2016

———————

Before SHEDD, AGEE, and WYNN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Cory McKenstry, Appellant Pro Se. Debra Lynn Dwyer, Allen F. Loucks, James Thomas Wallner, Angela R. White, Assistant United States Attorneys, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cory McKenstry appeals the district court's order denying his motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. Because McKenstry's Sentencing Guidelines range was not based on drug quantity, Amendment 782 does not lower the applicable Guidelines range. Accordingly, we affirm. United States v. McKenstry, No. 1:05-cr-00281-JFM-1 (D. Md. Feb. 26, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2